# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DIANE SOMERS,**
           Plaintiff,

      V.                     CASE NUMBER: **06-C-608**

**MICHAEL LUTERBACH and**
**UNITED STATES OF AMERICA,**
           Defendants.

☐     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the plaintiff's motion for summary judgment against the defendant the United States of America is GRANTED.  Pursuant to 26 U.S.C. § 6323(f), the plaintiff's security interest in the property in Dousman, Wisconsin, has senior priority over the United States Department of the Treasury's re-filed federal tax lien.**

**The plaintiff's motion for summary judgment against defendant Michael Luterbach is DISMISSED WITHOUT PREJUDICE.**

**The remaining state law portion of the case, pertaining to the claims between the plaintiff and defendant Michael Luterbach, is REMANDED to the Waukesha County Circuit Court for further consideration.**

**This action is hereby DISMISSED.**

| | |
|---|---|
| **April 15, 2008** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |